IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02665-PAB

HUMAN RIGHTS DEFENSE CENTER,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS FOR ADAMS COUNTY, COLORADO,
RICHARD REIGENBORN, Sheriff, in his official and individual capacity,
CHRIS LAWS, in his individual capacity, and
DOES 1-10, in their individual capacities,

    Defendants.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on Plaintiff's Motion for Preliminary Injunction [Docket No. 5].

    The preliminary injunction hearing will be held on October 28, 2020 beginning at 8:30 a.m. There will be a 15-minute break at approximately 10:15 a.m. and a lunch break between 12:15 a.m. and 1:15 p.m. Each side will be given an hour and forty-five minutes cumulatively to conduct both its direct examinations and its cross-examinations. The Court will keep track of each side's time. If, for instance, one side uses an hour and forty-five minutes to conduct direct examinations, it will have no time left to cross-examine the opposing side's witnesses. One hour will be reserved at the end of the hearing, 1:15 p.m. to 2:15 p.m., for arguments on the motion.

    The preliminary injunction hearing will be conducted by video teleconference ("VTC"). The Court will, at a later date, provide details as to how lawyers and witnesses can call in to the hearing. The public may attend such hearing by telephone. No recording of the hearing is permitted. *See* D.C.COLO.LCivR 83.1.

    The Court finds that, pursuant to Fed. R. Civ. P. 43(a), good cause and compelling circumstances exist for testimony "by contemporaneous transmission from a different location." Such testimony is permissible with "appropriate safeguards" that "ensure (i) accurate identification of the witness; (ii) protection against any outside influence on the witness; and (iii) accurate transmission." *Gil-Leyva v. Leslie*, 780 F. App'x 580, 588 (10th Cir. 2019) (unpublished).

      Each side must ensure that reliable video conferencing arrangements are made for its witnesses.  Each side must ensure that its witnesses are testifying from a room where there will be no interruptions and that has a connection with sufficient bandwidth.  Each side will also be responsible for ensuring that each witness it calls has copies of all exhibits which may be referenced during direct testimony.  The opposing side must notify counsel of any exhibits it wishes the witness to have for purposes of cross-examination.  Given the logistics involved and the time allotted for the hearing, the Court encourages both sides to pare down their witness lists.  Accordingly, it is

      **ORDERED** that the preliminary injunction hearing is set for **Wednesday, October 28, 2020 at 8:30 a.m.** via VTC before Chief Judge Philip A. Brimmer.  The public may access the hearing by following the procedures outlined in General Order 2020-3.  It is further

      **ORDERED** that the parties shall exchange with each other, and submit to the Court electronically, their exhibits on or before **October 26, 2020 at 5:00 p.m.**  It is further

      **ORDERED** that plaintiff may file a reply, not to exceed 10 pages, by **October 23, 2020.**

      DATED October 21, 2020.